[In Bank.—October 3, 1883.]

## THE PEOPLE, Respondent, *v.* ADELINE WHITELY, Appellant.

Grand Larceny — Verdict — Degree of Crime. — On the trial of a defendant upon an information charging her with grand larceny, a verdict of "guilty as charged" is a sufficient finding of the degree of the crime.

Appeal from a judgment of the Superior Court of the city and county of San Francisco, and from an order refusing a new trial.

*C. H. Wolff,* and *H. M. Swain,* for Appellant.

*Attorney-General,* for Respondent.

Per Curiam.—We think it appears that the examination was before a police magistrate. The commitment is signed by "James Lawler, Judge of the Police Judge's Court No. 2, of the city and county of San Francisco."

The defendant was charged with the crime of grand larceny, and the jury, by their verdict, found her "guilty as charged." This was a sufficient finding of the degree.

Judgment and orders appealed from affirmed.